IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARTEZ R. BEARD,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                                              No. 14-cv-897-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 17, 2016 (Doc. 33), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                        JUSTINE FLANAGAN,
                        ACTING CLERK OF COURT


                    BY:  s/*Caitlin Fischer*
                           **Deputy Clerk**

Dated: October 17, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.10.17 14:45:25 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT